| | |
|---|---|
| 1 | LEVY, RAM & OLSON LLP |
|   | Michael F. Ram (SBN 104805) |
| 2 | mfr@lrolaw.com |
|   | 639 Front Street, 4th Floor |
| 3 | San Francisco, CA  94111 |
|   | Tel:  415-433-4949 |
| 4 | Fax:  415-433-7311 |
| 5 | SPECTOR, ROSEMAN & KODROFF, P.C. |
|   | Robert M. Roseman |
| 6 | rroseman@srk-law.com |
|   | David Felderman |
| 7 | dfelderman@srk-law.com |
|   | 1818 Market Street, Suite 2500 |
| 8 | Philadelphia, PA  19103 |
|   | Tel:  215-496-0300 |
| 9 | Fax:  215-496-6611 |
| 10 | *Counsel for Lead Plaintiff Movant Reza Karkonan* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re LDK Solar Securities Litigation | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates to: | |
| ALL ACTIONS | |
| REZA KARKONAN, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 07-cv-5752 |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF** |
| LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PEN, AND JACK K. LAI | Date:         December 5, 2007<br>Time:        2:00 p.m.<br>Courtroom: 9<br>               [Hon. William H. Alsup] |
| Defendants. | |

Master File No. C-07-05182-WHA – MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF      1

1  TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on December 5, 2007, at 2:00pm before the Honorable William Alsup in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, Plaintiff, Reza Karkonan, will, and does, move this Court for entry of an Order appointing Reza Karkonan as Lead Plaintiff in *In re LDK Solar Securities Litigation*.

This motion is brought pursuant to Section 21 D of the Securities and Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), on the grounds that Reza Karkonan has timely filed his Motion and is the "most adequate plaintiff." Moreover, Reza Karkonan meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion in that his claims are typical of the other class members' claims and Movant will fairly and adequately represent the class.

In support of this Motion, Movant submits: a Memorandum of Law in support thereof dated November 21, 2007; the Declaration of Michael F. Ram dated November 21, 2007 and the exhibits attached thereto; a [Proposed] Order Granting Motion of Reza Karkonan for Appointment as Lead Plaintiff; and such other written or oral argument as may be permitted by the Court.

Dated: November 21, 2007

By:    /s/ *Michael F. Ram*
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
LEVY, RAM & OLSON, LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

*Proposed Lead Counsel*

Master File No. C-07-05182-WHA – MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF

2