LEVY, RAM & OLSON LLP
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel: 415-433-4949
Fax: 415-433-7311

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
rroseman@srk-law.com
David Felderman
dfelderman@srk-law.com
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611

*Counsel for Lead Plaintiff Movant
Reza Karkonan*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LDK Solar Securities Litigation | MASTER FILE NO. C-07-05182-WHA |
| This Document Relates to: | |
| ALL ACTIONS | |
| REZA KARKONAN, Individually and on Behalf of All Others Similarly Situated, | CIVIL ACTION NO. 07-cv-5752 |
| Plaintiff, | CLASS ACTION |
| v. | **[PROPOSED] ORDER GRANTING MOTION OF REZA KARKONAN FOR APPOINTMENT AS LEAD PLAINTIFF** |
| LDK SOLAR CO., LTD., LDK SOLAR USA, INC., XIAOFENG PEN, AND JACK K. LAI | Date: December 5, 2007<br>Time: 2:00 p.m.<br>Courtroom: 9<br>[Hon. William H. Alsup] |
| Defendants. | |

1  Having considered the papers filed in support of Reza Karkonan's Motion For Appointment as Lead Plaintiff, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B), and for good cause shown, the Court, having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), hereby determines that Reza Karkonan satisfies the requirements of the PSLRA and appoints Reza Karkonan to be the Lead Plaintiff and to represent the interests of the class in the Consolidated Actions.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE